PROB 12D
(6/05)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 1 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Summons and Modification of the Conditions or Term of Supervision

Name of Offender: Justin Allen Battle          Case Number: 2:10CR00076-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 5/11/2011          Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm,     Date Supervision Commenced: 8/12/2011
18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 15 Months;          Date Supervision Expires: 8/11/2014
                   TSR - 36 Months

---

## PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

19    You shall reside in a residential re-entry center (RRC) for a period up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction fo the supervising officer.

## CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

This officer attempted to contact the offender at his residence located at ███████████████, Washington, on February 15, 2012. Mr. Battle's ex-girlfriend and mother of his children answered the telephone. She indicated that Mr. Battle has not resided at her residence since January 4, 2012. She also indicated that Justin Battle is living with a convicted felon, Bobbie J. McGuffey, somewhere in Spokane.

Later that day, Mr. Battle reported to the U.S. Probation Office. He was asked to think carefully before responding to questioning by this officer, and ensure he was being honest. Initially, the offender denied that he was residing with Ms. McGuffey. After repeated inquiries, he finally provided Ms. McGuffey's address and admitted he was residing with her at ███████████████.

It should be noted, the offender submitted a monthly report form to the probation office on February 1, 2012. At that time, he indicated he was residing at ███████████████

Prob 12D
Re: Battle, Justin Allen
February 17, 2012
Page 2

This officer last submitted a violation report to the Court on September 19, 2011. At that time, Justin Battle was advised that the probation office would be requesting a modification of his conditions to place him at the RRC if any further violations ensued. Mr. Battle made it very clear to this officer that he has no intention of residing at an RRC.

I declare under penalty of perjury that the foregoing is true and correct.

by    s/Brenda J. Kuest    02/17/2012

Brenda J. Kuest    Date
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

Feb. 21, 2012
Date