PROB 12C  
(7/93)

Report Date: March 7, 2012

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Allen Battle   Case Number: 2:10CR00076-001

Address of Offender: Spokane County Jail, 1100 W. Mallon, Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 5/11/2011

Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 15 Months;   Type of Supervision: Supervised Release
                    TSR - 36 Months

Asst. U.S. Attorney:  Aine Ahmed   Date Supervision Commenced: 8/12/2011

Defense Attorney:   John Barto McEntire, IV   Date Supervision Expires: 8/11/2014

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

MAR - 7 2012  

JAMES R. LARSEN, CLERK  
_____DEPUTY  
SPOKANE, WASHINGTON

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On March 5, 2012, this officer was notified that Justin Battle failed to show for urinalysis testing at Pioneer Human Services (PHS) in Spokane, Washington, on March 5, 2012. On March 6, 2012, the undersigned officer and U.S. Probation Officer Gloria Petretee, went to the offender's current residence located at 3202 N. Smith, apartment #9, in Spokane, Washington. Contact was made with Bobbie J. McGuffey, a convicted felon. Ms. McGuffey admitted to the undersigned officer that she and Mr. Battle got into an argument on March 3, 2012. She also admitted that Justin Battle struck her in the face. Ms. McGuffey advised that she would not give us her telephone number or cooperate with us any further.

On March 6, 2012, this officer obtained a copy of the Spokane Police Department (SPD) report. The report reflects that on March 3, 2012, at 0240 hours, officers responded to ███████████████████ in Spokane. Contact with the victim, Bobbie McGuffey, indicated that she and Mr. Battle have been involved in an "on-again, off-again intimate dating relationship for the past 7 years." Additionally, Ms. McGuffey stated that she and the

Prob12C
Re: Battle, Justin Allen
March 7, 2012
Page 2

offender lived together for approximately 5 years. Bobbie McGuffey relayed to officers that on March 3, 2012, she and Mr. Battle went to Bluz at the Bend. As she and the offender left the establishment, they began driving to her residence and subsequently got into an argument. Shortly before reaching Ms. McGuffey's apartment, Mr. Battle hit her in the face. Upon arrival at the residence, Ms. McGuffey informed the offender "he was not going to hurt her anymore" and stated she was calling the police. The responding officer observed that the victim's lip had a small cut and was swollen. Officers next spoke with the offender. Mr. Battle stated they argued, but denied hitting Ms. McGuffey or knowing how her lip became swollen. Based on the victim's statements and her visible injury, officers determined there was probable cause to arrest Justin Battle for city assault-domestic violence. Mr. Battle was placed under arrest and transported to the Spokane County Jail, where he was booked.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/07/2012

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

3/7/12
Date