PROB 12B
(7/93)

Report Date: May 30, 2012

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 3 1 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Justin Allen Battle | Case Number: 2:10CR00076-001 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Sr. U.S. District Judge | |
| Date of Original Sentence: 05/11/2011 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: 08/12/2011 |
| Original Sentence: Prison - 15 months; TSR - 36 months | Date Supervision Expires: 08/11/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

On May 16, 2012, the offender reported to the Spokane Residential Reentry Center (RRC). On May 21, 2012, the offender submitted to a physical exam as required by the Bureau of Prisons (BOP). A tuberculous test (TB), was not completed during the physical.

On May 23, 2012, this officer was informed by the director of the RRC, that the offender was being removed from the RRC. She relayed that they had received a new intake form and inadvertently failed to check the TB box. The RRC has a requirement in their statement of work (SOW) with the BOP, to complete a offender's physical exam within 5 days of their arrival at their facility. As a result, the BOP directed the RRC to remove Justin Battle from their program. The BOP indicated that the offender could return to the RRC after June 8, 2012. The BOP advised that they would require a new RRC public law supervision condition from the U.S. Probation Office..

On May 23, 2012, the offender reported to the probation office. He was allowed to return to the previously approved address at 528 E. Sanson in Spokane.

Prob 12B
Re: Battle, Justin Allen
May 30, 2012
Page 2

On May 25, 2012, the offender reported to the U.S. Probation Office as instructed by this officer. The offender signed the "Waiver of Hearing to Modify Conditions of Supervised Release." He understands the rationale behind this modification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 30, 2012

s/Brenda J. Kuest
05/30/2012

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Extension of Supervision as Noted Above
- [x] The Modification of Conditions as Noted Above
- [ ] Other

Signature of Judicial Officer

5/31/12
Date