PROB 12B
(7/93)

Report Date: June 11, 2012

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 1 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Justin Allen Battle | Case Number: 2:10CR00076-001 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Sr. U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 05/11/2011 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: 08/12/2011 |
| Original Sentence: Prison - 15 Months; TSR - 36 Months | Date Supervision Expires: 08/11/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21    Subsistence at the residential reentry center (RRC) shall be waived by the Bureau of Prisons (BOP), while the offender is residing at their facility.

## CAUSE

On June 8, 2012, this officer met with Justin Battle. Mr. Battle indicated that he was notified that his wages will be garnished for child support. On June 11, 2012, this officer confirmed with the State of Washington, Division of Child Support that his wages will be garnished at a rate of $300.00 per month. Mr. Battle recently obtained employment as a telemarketer with Canadian National Marketing in Spokane, Washington. Mr. Battle will need to save money to secure clean and sober housing while at the RRC.

Justin Battle understands the rationale behind the above listed modification. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Probation form, Mr. Battle has agreed to the proposed modification.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | June 11, 2012 |
| | s/Brenda J. Kuest
06/11/2012 |
| | Brenda J. Kuest
U.S. Probation Officer |

Prob 12B
**Re: Battle, Justin Allen**
**June 11, 2012**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

6/11/12
_____
Date