# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

August 15, 2012

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Spokane



AUG 15 2012

The Honorable Lonny R. Suko
United States District Court
Post Office Box 2726
Yakima, WA 98907-2726

RE: BATTLE, Justin Allen
Docket No.: 2:10CR00076-001
**REQUEST RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Suko:

Due to new law violations and unemployment, on June 8, 2012, Mr. Battle agreed to a modification of his supervision to include up to 180 days at the residential reentry center (RRC). He began his public law placement on June 11, 2012. His new law violation was for domestic violence against a girlfriend he was residing with. Since that time, Mr. Battle's court case has been resolved and the charge has been dismissed. I have also verified that the No Contact Order has been dropped. Mr. Battle has located an appropriate release address which has been investigated by the undersigned officer. He has also obtained full-time employment at Auto Credit and has saved funds to use upon his release.

Mr. Battle has consistently followed all of the rules and requirements of the RRC facility. He has participated in drug testing since his placement began, with no indication of illicit drug use. Based on the above factors, it appears Mr. Battle is taking the necessary steps to ensure his reentry back into the community is successful. In addition, the RRC has notified the U.S. Probation office that they are over booked and needing to release offenders. I have spoken with staff at the RRC and they have identified Mr. Battle as an appropriate candidate for release based on his progress while at their facility. The case manager fully agrees with Mr. Battle's early release.

RE: Battle, Justin Allen
August 15, 2012
Page 2

Therefore, the undersigned U.S. probation officer respectfully recommends that Mr. Battle be released from the RRC facility with all other conditions of supervised release to remain in effect.

Should Your Honor require a different course of action, or require a Court appearance by Mr. Battle, please advise the undersigned officer.

                Respectfully submitted,

                Scott M. Morse, Sr.
                Chief U.S. Probation Officer


                s/Cassie Lerch        08/15/2012
                Cassie Lerch            Date
                U.S. Probation Officer

APPROVED BY:


s/Matthew L. Thompson   08/15/2012
Matthew L. Thompson      Date
Supervising U.S. Probation Officer

CML:ms


THE COURT ORDERS

[ ]    No Action
[X]    Release from Residential Reentry Center Placement
[ ]    Other    (as recommended by USPO)

                                            Signature of Judicial Officer

                                            8/15/12
                                            Date